GEORGE T. GOST SBN 166475
PAMELA L. COX SBN 191883
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436
(818) 501-3800
(818) 501-2985 FAX
Refer to File No. 20140433-GG

JS - 6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a New York corporation, | Case No. 2:14-cv-07804-SJO-JPR |
| Plaintiff, | Removed Case No. LC102017 |
| vs. | *[Superior Court of The State of California, County of Los Angeles, Northwest District]* |
| RADICAL PUBLISHING, INC., a California Corporation; DOES 1-100, inclusive, | **ORDER APPROVING "STIPULATION REGARDING REMAND"** |
| Defendants. | |

On November 4, 2014, the "Stipulation Regarding Remand" (the "Stipulation") was filed by Plaintiff XEROX CORPORATION. The Stipulation was entered into by and between Plaintiff XEROX CORPORATION and Defendant RADICAL PUBLISHING, INC., by and through their respective counsel.

The Court, having considered the Stipulation, and good cause appearing therefore, hereby Orders"

1. The Stipulation is approved in its entirety.
2. The action entitled *Xerox Corporation vs. Radical Publishing, Inc.*, Case Number LC102017 shall be remanded to the Superior Court for the State

**1**
**ORDER APPROVING "STIPULATION REGARDING REMAND"**

1 | of California, County of Los Angeles, Northwest District.
2 |     3.    All matters currently on calendar in the United States District Court,
3 | Central District are hereby vacated.
4 | November 7, 2014.
5 | Dated:_____              _____
6 |                                          S. James Otero
                                         United Stated District Court Judge

```
cc: order, docket, remand letter to
    Los Angeles Superior Court, Northwest
    District, Van Nuys, No. LC102017
```

**ORDER APPROVING "STIPULATION REGARDING REMAND"**

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                            )
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is HEMAR, ROUSSO & HEALD, LLP, ("the business") 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

On November 7, 2014, I served the following document described as **ORDER APPROVING "STIPULATION REGARDING REMAND"** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

**Defendant's Counsel:**

Matthew I. Berger, Esq.
Djamila V. Demangeat, Esq.
MATTHEW I. BERGER LAW GROUP
A Professional Corporation
957 Maple Avenue
Carpinteria, CA 93013-2015

**XX**   At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

__   (By e-mail or electronic transmission.) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed in the above Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

__   I delivered such envelope(s) by hand to the offices of the addressees.

__   I caused such copies to be facsimiled to the persons set forth.

**XX**   (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__   (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 7, 2014 at Encino, California.

_____
LISA BATHAUER

**ORDER APPROVING "STIPULATION REGARDING REMAND"**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**4**
**ORDER APPROVING "STIPULATION REGARDING REMAND"**